UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Winona Marie Urrutia,

    Plaintiff,

v.                                            Civil No. 14-1603 (JNE/JJK)
                                                          ORDER

Carolyn W. Colvin,
Acting Commissioner of Social Security,

    Defendant.

    Seeking review of the denial of her application for disability benefits, Plaintiff brought this case against the Acting Commissioner of Social Security. On March 30, 2015, the Honorable Jeffrey J. Keyes, United States Magistrate Judge, recommended denying Plaintiff's motion for summary judgment and granting Defendant's motion for summary judgment. This matter is before the Court on Plaintiff's objection to the report and recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the report and recommendation.

    Therefore, IT IS ORDERED THAT:

1.     The report and recommendation [Docket No. 20] is ADOPTED.

2.     Plaintiff's motion for summary judgment [Docket No. 10] is DENIED.

3.     Defendant's motion for summary judgment [Docket No. 12] is GRANTED.

4.     The case is DISMISSED with prejudice.

LET THE JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 30, 2015

                                              s/Joan N. Ericksen
                                              JOAN N. ERICKSEN
                                              United States District Judge